WO     NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF:<br>Harry Delbert Dalton,<br>    Debtor. | No. CV-17-04790-PHX-JJT<br>BAP NO. AZ-17-1310<br>BK NO. 0:17-bk-06058-PS |
| Harry Delbert Dalton,<br>    Appellant,<br>v.<br>Lawrence J. Warfield,<br>Chapter 7 Trustee,<br>    Appellee. | **ORDER** |

At issue is the Motion to Withdraw the Reference from the United States Bankruptcy Appellate Panel of the Ninth Circuit ("BAP") for the Limited Purpose of Ruling on Appellant/Debtor's Motion to Proceed *in Forma Pauperis*, filed by way of BAP's Order Transferring Motion to United States District Court for Limited Purpose of Ruling on Motion Under 28 U.S.C. § 1915 (Doc. 1). In an action before BAP, *pro se* Appellant Harry Delbert Dalton filed an Application to Proceed in Court Without Prepaying Fees or Costs (Doc. 1 at 3-7). Upon this Court's review of the Application, *see Perroton v. Gray (In re Perroton)*, 958 F.2d 889 (9th Cir. 1992), the Court finds that Appellant does not have the means to pay BAP's fees and will therefore grant the Application. Furthermore, upon screening the Notice of Appeal (Doc. 1 at 8-67, "NOA")

pursuant to 28 U.S.C. § 1915(e)(2), the Court cannot find that the appeal is frivolous or otherwise warrants dismissal at this juncture.

For cases in which a party is permitted to proceed *in forma pauperis*—that is, the party lacks the means to pay court fees—Congress provided that a district court "shall dismiss the case at any time if the court determines" that the "allegation of poverty is untrue" or that the "action or appeal" is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2). Section 1915(e) applies to all *in forma pauperis* proceedings. *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000).

Here, Appellant, the Debtor in the underlying bankruptcy proceeding, appeals the Bankruptcy Court's October 13, 2017 Order approving the Trustee's Motion to Approve Compromise, over Appellant's objections. (Doc. 1 at 68-69, Order.) The compromise was an effort to resolve Appellant's claim against Wade Atchison, an Allstate Insurance agent, for failing to notify Appellant of possible risks in changing his insurance policy and subsequently of a lapse in policy coverage. The Bankruptcy Court concluded that the proposed compromise—Mr. Atchison's payment of $5,000 to the Trustee—was a reasonable exercise of the Trustee's business judgment, otherwise reasonable, and in the best interest of the bankruptcy estate. (Order at 1.)

In the Notice of Appeal, Appellant takes issue with the fairness of the approved compromise. (NOA at 2.) Without the benefit of the entire procedural history and briefing by the parties, the Court cannot conclude from the face of the Notice of Appeal that it is devoid of merit. Accordingly, the Court declines to dismiss the appeal under 28 U.S.C. § 1915(e)(2).

IT IS THEREFORE ORDERED granting the Motion to Withdraw the Reference from the United States Bankruptcy Appellate Panel of the Ninth Circuit for the Limited Purpose of Ruling on Appellant/Debtor's Motion to Proceed *in Forma Pauperis* (Doc. 1).

. . . .

. . . .

IT IS FURTHER ORDERED granting *pro se* Appellant Harry Delbert Dalton's Application to Proceed in Court Without Prepaying Fees or Costs (Doc. 1 at 3-7).

IT IS FURTHER ORDERED directing the Clerk of this Court to close this matter.

Dated this 4th day of January, 2018.

*/s/ John J. Tuchi*
Honorable John J. Tuchi
United States District Judge